AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __Florida__

United States of America

v.

Jonathan Markovich et. al.

**EXHIBIT AND WITNESS LIST**

Case Number: 20-6469-PMH

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Alicia O. Valle | Jim Hayes; Jaime DeBuer | |

| ~~TRIAL~~ DATE (S)  10-28-2020 | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| Hearing Date 10-29-2020 | DAR: 14:18:48 | T. Shotwell |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10-28-20 | | Yes | Criminal Complaint |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages